IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

NOEL FREEMAN,
YADIRA ESTRADA, and
RONALD REESER,

                                      Plaintiffs,

*versus*

ANNISE D. PARKER, in her official
capacity as Mayor of the City of
Houston;

    *and*

THE CITY OF HOUSTON, a Texas
municipality,

                                     Defendants.

CASE NO. 4:13-cv-3755

***UNOPPOSED***

## ORDER GRANTING PRELIMINARY INJUNCTION AND STAYING PROCEEDINGS PENDING FINAL DETERMINATION OF THE CONSTITUTIONALITY OF TEXAS MARRIAGE BAN

The Plaintiffs' *Unopposed Motion to Enter Preliminary Injunction and Stay Proceedings Pending Final Determination of the Constitutionality of Texas Marriage Ban* [Dkt No. 12] is granted.

The Court enters a preliminary injunction preserving the status quo and enjoining the City of Houston from discontinuing spousal employment benefits to same-sex spouses of City employees until such time as final judgment is entered in this case or it is dismissed; and

1

These proceedings are stayed pending final resolution of the constitutionality of the Texas marriage ban in *DeLeon v. Perry*.

It is so ordered.

Dated ~~September~~ August 29, 2014.

_____
Sim Lake
United State District Judge