IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NOEL FREEMAN, YADIRA ESTRADA, and RONALD REESER, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-13-3755 |
| ANNISE D. PARKER, In Her Official Capacity as Mayor of the City of Houston, and THE CITY OF HOUSTON, a Texas Municipality, | § § § § § § | |
| Defendants. | § | |

### ORDER

The State of Texas has filed a Motion for Leave to File a Brief as Amicus Curiae in Support of Neither Party (Docket Entry No. 5). Because the court has today stayed this action, the Motion of the State of Texas for Leave to File a Brief as Amicus Curiae in Support of Neither Party (Docket Entry No. 5) is **DENIED WITHOUT PREJUDICE**. Should the court vacate the stay entered today the State of Texas may file an amended Motion for Leave to File a Brief as Amicus Curiae in Support of Neither Party.

**SIGNED** at Houston, Texas, on this 29th day of August, 2014.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE