IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NOEL FREEMAN, YADIRA ESTRADA, and RONALD REESER, <br><br> Plaintiffs, <br><br> *versus* <br><br> ANNISE D. PARKER, in her official capacity as Mayor of the City of Houston; <br><br> *and* <br><br> THE CITY OF HOUSTON, a Texas municipality, <br><br> Defendants. | CASE NO. 4:13-cv-3755 <br><br> **_UNOPPOSED_** |

### FINAL ORDER LIFTING STAY, DISSOLVING PRELIMINARY INJUNCTION, AND DISMISSING CASE AS MOOT

Before the Court is the Plaintiffs' *Unopposed Motion to Lift Stay, Dissolve Preliminary Injunction, and Dismiss Case as Moot* [Dkt 15]. The motion is granted.

On August 29, 2014, this Court entered a preliminary injunction [Dkt 13] preserving the status quo and enjoining the City of Houston from discontinuing spousal employment benefits to same-sex spouses of City employees until such time as a final determination is entered by an appellate court concerning the constitutionality of Texas laws which deny same-sex couples the right to marry or have their marriages entered in another jurisdiction recognized in Texas and staying further proceedings.

**That order is hereby dissolved.**

1

On June 26, 2015, the United States Supreme Court issued its decision in *Obergefell v. Hodges*, No. 14-556, 2015 U.S. LEXIS 4250 (U.S. June 26, 2015), holding that state marriage restrictions denying same-sex couples the right to marry and refusing to recognize the marriages of same-sex couples entered in other jurisdictions are unconstitutional as a violation of the liberty and equality guarantees of the Fourteenth Amendment.

On July 1, 2015, the Fifth Circuit Court of Appeals issued its decision in *DeLeon v. Perry*, No. 14-50196, 2015 U.S. App. LEXIS 11375 (5th Cir. July 1, 2015), applying the *Obergefell* decision to strike down Texas's own laws denying same-sex couples the right to marry and refusing to recognize marriage of same-sex couples entered in other jurisdictions.

This Court finds that *Obergefell* and *DeLeon*, are dispositive of this matter, the Defendants have indicated their intention to comply with the federal decisions, and that Plaintiffs claims are thus rendered moot.

THEREFORE, **it is so ordered this case is dismissed** pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties to bear their own respective costs and fees.

Dated July __6__, 2015.

_____
Sim Lake
United State District Judge